UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MARIA MARIA A/K/A MARIA ACOSTA,　　　　　　　**ANSWER TO CROSS-CLAIM**

　　　　　　　　　　Plaintiff,　　　　　　　　　Docket No.: 1:16-cv-08623-VSB

　　　　-against-

PRESSLER AND PRESSLER, LLP; SELIP &
STYLIANOU, LLP F/K/A COHEN & SLAMOWITZ,
LLP; CYPRESS FINANCIAL RECOVERIES, LLC;
CAPITAL PROCESS SERVERS, INC.; and NASSER
ATRASH,

　　　　　　　　　　Defendants.
------------------------------------------------------------------- X

　　The defendant, **CAPITAL PROCESS SERVERS, INC.**, by its attorneys, **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**, as and for their Response to the Cross-Claim of defendant, PRESSLER AND PRESSLER, LLP, herein, sets forth as follows:

### AS FOR A CROSS-CLAIM AGAINST CAPITAL PROCESS SERVERS, INC. AND NASSER ATRASH

　　1.　　Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand designated as follows:

**"89"**.

and respectfully refers all questions of law raised therein to the trial court.

　　2.　　Admits each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand designated as follows:

{NY329352.1}

"90 and "91".

### AS FOR A FIRST CROSS-CLAIM AGAINST
### CAPITAL PROCESS SERVERS, INC. AND NASSER ATRASH

3. Denies each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to **CAPITAL PROCESS SERVERS, INC.**, designated as follows:

"92"

and

Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to NASSER ATRASH, designated as follows:

"92".

4. Denies each and every allegation contained in the paragraph of the Original Complaint and Jury Demand, designated as follows:

"93"

### AS FOR A SECOND CROSS-CLAIM AGAINST
### CAPITAL PROCESS SERVERS, INC. AND NASSER ATRASH

5. Denies each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to **CAPITAL PROCESS SERVERS, INC.**, designated as follows:

"94" and "95"

and

Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to NASSER ATRASH, designated as follows:

"94" and "95".

**WHEREFORE**, defendant, **CAPITAL PROCESS SERVERS, INC.**, demands judgment dismissing the Cross-Claims of defendant, PRESSLER AND PRESSLER, LLP, herein, together with the costs and disbursements of this action and with such other and further releif as this Court might deem just, proper and equitable.

Dated: Elmsford, New York
       January 26, 2017

_____
Kaitlyn P. Long (KPL/6158)

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**CAPITAL PROCESS SERVERS, INC.**
530 Saw Mill River Road
Elmsford, New York  10523
(914) 345-3701
File No.: 566.102471
E-mail: klong@moodklaw.com

TO:

**THE LAW OFFICE OF AHMAD KESHAVARZ**
Attorneys for Plaintiff
**MARIA MARIA a/k/a MARIA ACOSTA**
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026
(718) 522-7900

**PRESSLER & PRESSLER, LLP**
Attorneys for Defendant
**PRESSLER & PRESSLER, LLP**
7 Entin Road
Parsippany, New Jersey  07054
(973) 753-5100

**SELIP & STYLIANOU, LLP**
Attorneys for Defendant
**SELIP & STYLIANOU, LLP**
**f/k/a COHEN & SLAMOWITZ, LLP** and
**CYPRESS FINANCIAL RECOVERIES, LLC**
199 Crossways Park Drive
Woodbury, New York  11797
(516) 364-6006

**NASSER ATRASH**
*Pro Se* Defendant
1460 Ovington Avenue, 1st Floor
Brooklyn, New York  11219