## CERTIFICATE OF SERVICE

I, hereby certify that on January 26, 2017, the undersigned electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Ahmad Keshavarz (ahmad@newyorkconsumerattorney.com);

Michael J. Peters (mpeters@pressler-pressler.com), and

Mitchell Selip (mitchellselip@seliplaw.com).

I, further certify that a copy of the aforementioned document was also served this 26th day of January, 2017 on the *Pro Se* Defendant, Nasser Atrash, via regular and certified mail to his last known address, as follows:

**NASSER ATRASH**
*Pro Se* Defendant
1460 Ovington Avenue, 1st Floor
Brooklyn, New York  11219

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Kaitlyn P. Long (KPL/6158)

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**CAPITAL PROCESS SERVERS, INC.**
530 Saw Mill River Road
Elmsford, New York  10523
(914) 345-3701
File No.: 566.102471
E-mail: klong@moodklaw.com

{NY329352.1}