UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

MARIA MARIA A/K/A MARIA ACOSTA,

Plaintiff,

-against-

PRESSLER AND PRESSLER, LLP; SELIP & STYLIANOU, LLP F/K/A COHEN & SLAMOWITZ, LLP; CYPRESS FINANCIAL RECOVERIES, LLC; CAPITAL PROCESS SERVERS, INC.; and NASSER ATRASH,

Defendants.

---------------------------------------------------------------------X

**ANSWER TO CROSS-CLAIM**

Docket No.: 1:16-cv-08623-VSB

The defendant, **CAPITAL PROCESS SERVERS, INC.**, by its attorneys, **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**, as and for their Response to the Cross-Claim of defendants, SELIP & STYLIANOU, LLP f/k/a COHEN & SLAMOWITZ, LLP and CYPRESS FINANCIAL RECOVERIES, LLC, herein, sets forth as follows:

**AS FOR FIRST CROSS-CLAIM AGAINST**
**CAPITAL PROCESS SERVERS, INC.**

1. Admit each and every allegation contained in the paragraph of the Original Complaint and Jury Demand designated as follows:

**"93".**

2. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand designated as follows:

**"94", "95"** and **"97".**

3. Denies each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand, designated as follows:

**"96"** and **"98".**

**AS FOR A SECOND CROSS-CLAIM AGAINST**
**CAPITAL PROCESS SERVERS, INC.**

4. In response to paragraph **"99"** of plaintiff's Original Complaint and Jury Demand, defendant repeats, reiterates and realleges each and every response to paragraphs **"93"** through **"98"** of the Original Complaint and Jury Demand heretofore made with the same force and effect as if fully set forth at length herein.

5. Denies each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand, designated as follows:

**"100", "101", "103"** and **"104".**

6. Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand designated as follows:

**"102".**

**AS FOR A THIRD CROSS-CLAIM AGAINST**
**CAPITAL PROCESS SERVERS, INC. AND NASSER ATRASH**

7. In response to paragraph **"105"** of plaintiff's Original Complaint and Jury Demand, defendant repeats, reiterates and realleges each and every response to paragraphs **"93"** through **"104"** of the Original Complaint and Jury Demand heretofore made with the same force and effect as if fully set forth at length herein.

8. Admit each and every allegation contained in the paragraph of the Original Complaint and Jury Demand designated as follows:

**"106".**

9. Denies each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to **CAPITAL PROCESS SERVERS, INC.**, designated as follows:

**"107", "108", "109"** and **"111"**

*and*

Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to NASSER ATRASH, designated as follows:

**"107", "108", "109"** and **"111"**.

10. Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand designated as follows:

**"110".**

**AS FOR A FOURTH CROSS-CLAIM AGAINST**
**CAPITAL PROCESS SERVERS, INC. AND NASSER ATRASH**

11. In response to paragraph **"112"** of plaintiff's Original Complaint and Jury Demand, defendant repeats, reiterates and realleges each and every response to paragraphs **"93"** through **"111"** of the Original Complaint and Jury Demand heretofore made with the same force and effect as if fully set forth at length herein.

12. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand designated as follows:

"113" and "114".

and respectfully refers all questions of law raised therein to the trial court.

13. Deny each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to **CAPITAL PROCESS SERVERS, INC.**, designated as follows:

**"115"**

*and*

Deny knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand as to NASSER ATRASH, designated as follows:

**"115".**

## AS FOR A FIFTH CROSS-CLAIM AGAINST CYPRESS FINANCIAL RECOVERIES, LLC AND NASSER ATRASH

14. In response to paragraph **"116"** of plaintiff's Original Complaint and Jury Demand, defendant repeats, reiterates and realleges each and every response to paragraphs **"93"** through **"115"** of the Original Complaint and Jury Demand heretofore made with the same force and effect as if fully set forth at length herein.

15. Denies each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand as to **CAPITAL PROCESS SERVERS, INC.**, designated as follows:

**"117", "118", "120", "121"** and **"122"**

*and*

Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraphs of the Original Complaint and Jury Demand as to NASSER ATRASH, designated as follows:

**"117", "118", "120", "121"** and **"122".**

16. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in the paragraph of the Original Complaint and Jury Demand, designated as follows:

**"119".**

**WHEREFORE**, defendant, **CAPITAL PROCESS SERVERS, INC.**, demands judgment dismissing the Cross-Claims of defendants, SELIP & STYLIANOU, LLP f/k/a COHEN & SLAMOWITZ, LLP and CYPRESS FINANCIAL RECOVERIES, LLC, herein, together with the costs and disbursements of this action and with such other and further releif as this Court might deem just, proper and equitable.

Dated: Elmsford, New York
January 26, 2017

Kaitlyn P. Long (KPL/6158)

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**
Attorneys for Defendant
**CAPITAL PROCESS SERVERS, INC.**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 566.102471
E-mail: klong@moodklaw.com

TO:

**THE LAW OFFICE OF AHMAD KESHAVARZ**
Attorneys for Plaintiff
**MARIA MARIA a/k/a MARIA ACOSTA**
16 Court Street, 26th Floor
Brooklyn, New York 11241-1026
(718) 522-7900

**PRESSLER & PRESSLER, LLP**
Attorneys for Defendant
**PRESSLER & PRESSLER, LLP**
7 Entin Road
Parsippany, New Jersey 07054
(973) 753-5100

**SELIP & STYLIANOU, LLP**
Attorneys for Defendant
**SELIP & STYLIANOU, LLP**
**f/k/a COHEN & SLAMOWITZ, LLP** and
**CYPRESS FINANCIAL RECOVERIES, LLC**
199 Crossways Park Drive
Woodbury, New York 11797
(516) 364-6006

**NASSER ATRASH**
*Pro Se* Defendant
1460 Ovington Avenue, 1st Floor
Brooklyn, New York 11219