| | **PRESSLER AND PRESSLER, LLP** | | |
|---|---|---|---|
| MAURICE H. PRESSLER (1930-2002) | ATTORNEYS AT LAW | CHRISTOPHER P. ODOGBILI | RITA E. DUNLEAVY |
| SHELDON H. PRESSLER | 7 Entin Rd. | CRAIG S. STILLER (NJ, NY & PA) | GAECIA A. YAW |
| ----------------- | Parsippany, NJ 07054-5020 | VANESA L. RIDORE (NJ & NY) | BARRY A. ROSEN (PA) |
| GERARD J. FELT | Off: (973) 753-5100 | CANDACE R. JOHNSON | THEOLOGIA PAPADELIAS |
| DAVID B. WARSHAW (NJ, NY & MA) | Toll Free: (888)312-8600 | STEPHEN E. LUNDY | SYLVIA L. THOMAS |
| ----------------- | Fax: (973) 753-5353 | COLTON T. KARPUS | MARIAM FATIMA |
| LAWRENCE J. McDERMOTT, JR. | | KEITH J. GOLUB (NJ & NY) | |
| RALPH GULKO (NJ, NY & PA) | *NY Office:*       *PA Office:* | | |
| FRANCIS X. GRIMES (NJ & PA) | 305 Broadway, 9th Floor    508 Prudential Rd., Suite 200-B | | |
| DARREN H. TANAKA (NJ & NY) | New York, NY 10007      Horsham, PA 19044 | OFFICE HOURS: | |
| GERMAN ROZENCRANC (NJ & NY) | Office: (516)222-7929      Office: (888) 312-8600 | Monday-Thursday: 8am-8pm | |
| MICHAEL J. PETERS (NJ & NY) | DCA License Number: 2046499-DCA | Friday: 8am-7pm | |
| | E-MAIL: Pressler@Pressler-Pressler.com | Saturday: 9am-2pm | |
| | Please Reply To: | | |
| | [X] New Jersey Office  [ ] New York Office  [ ] Pennsylvania Office | | |

VIA ECF ONLY

June 23, 2017

Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Maria v. Pressler and Pressler, LLP et al.*
United States District Court for the Southern District of New York
Civil Action No. 1:16-cv-08623-VSB
P&P File # P184926

Dear Judge Broderick:

    I write with the consent of Plaintiff and all defendants who have appeared in this action (Pressler & Pressler, LLP, Capital Process Servers, Inc., Selip & Stylianou, LLP, and Cypress Financial Recoveries, LLC).

    Per the Court's Order, Plaintiff filed her First Amended Complaint on June 20, 2017. DE 44. The original deadline upon which the above Defendants have to respond to the First Amended Complaint expires on July 5, 2017, as July 4, 2017 is a holiday.

    Defendants request a one-week extension until July 12, 2017 to file responsive pleadings. No previous requests for adjournments or extensions have been sought with respect to the First Amended Complaint. Plaintiff's counsel has consented to this joint request by the above Defendants.

    Due to the short deadline to respond which falls over the holiday weekend, counsel for the Defendants seek an additional week to review and respond to the First Amended Complaint with their respective clients. Additionally, at least one Defendants' counsel will be away during the holiday weekend. Lastly, Plaintiff's First Amended Complaint has added new parties to be served and joined in this action, each of whom will likely have responsive pleading dates near or after the requested extension date based on when service was accomplished. Thus, it is respectfully requested that the Court extend the time for the above Defendants to respond to the

Hon. Vernon S. Broderick, U.S.D.J.
Civil Action No. 1:16-cv-08623-VSB
Page 2

First Amended Complaint until July 12, 2017.

    We thank Your Honor for considering this request.

Respectfully submitted,             SO ORDERED:
PRESSLER & PRESSLER, LLP

*/s/ Michael J. Peters*

                                                                           _____

Michael J. Peters                   HON. VERNON S. BRODERICK
MJP/mp                                 UNITED STATES DISTRICT JUDGE
                                                                            DATED: _____

cc:    Ahmad Keshavarz, Esq.
        Kaitlyn Long, Esq.
        Mary Milone, Esq.
        Mitchell Selip, Esq.
        (all via ECF only)