UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA MARIA A/K/A MARIA ACOSTA,<br><br>     Plaintiff,<br><br> -against-<br><br>PRESSLER & PRESSLER, LLP;<br>SELIP & STYLIANOU, LLP f/k/a COHEN & SLAMOWITZ, LLP;<br>CYPRESS FINANCIAL RECOVERIES, LLC;<br>CAPITOL PROCESS SERVERS, INC.;<br>NASSER ATRASH;<br>NEW CENTURY FINANCIAL SERVICES, INC.;<br>LVNV FUNDING, LLC;<br>RESURGENT CAPITAL SERVICES, LP,<br><br>     Defendants. | **Case No:**<br><br>**1:16-cv-08623-VSB**<br><br>NOTICE OF APPEARANCE |

COUNSEL:

**PLEASE TAKE NOTICE** that the undersigned of the law firm of Marshall, Dennehey, Warner, Coleman & Goggin hereby enters this Notice of Appearance as counsel for Selip & Stylianou, LLP in the above-captioned matter and requests that copies of all papers submitted in this action also be served upon him as follows:

 Joseph A. Hess, Esq.
 Marshall, Dennehey, Warner, Coleman & Goggin
 88 Pine Street, 21st Floor
 New York, New York 10005
 JAHess@mdwcg.com
 Phone: (212) 376-6438
 Fax: (212) 376-6490

 I hereby certify that I am admitted to practice in this Court. A copy of this Notice of Appearance has been served upon all parties via ECF.

1

New York, New York
Dated: August 11, 2017

                        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By:    */s/ Joseph A. Hess*
        Joseph A. Hess (JH1964)
        88 Pine Street, 21st Floor
        New York, New York 10005
        JAHess@mdwcg.com
        Phone: (212) 376-6438
        *Attorneys for Defendant*
        *Selip & Stylianou, LLP*